# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

John Doe

                                           Plaintiff,

v.                                            Case No.:
                                           1:26–cv–02389
                                           Honorable Sara L. Ellis

United States Citizenship and Immigration Services,
et al.

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2026:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 5/26/2026. Defendant filed an affidavit regarding the status of Plaintiff's applications, stating that they are under review, and the adjudication hold has been lifted. The Court grants Plaintiff's oral motion to dismiss this case. All pending motions are terminated as moot. Civil case terminated. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.